## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **METROPOLITAN GLASS COMPANY, INC. and QBE INSURANCE CORPORATION,** | ) ) ) ) ) |
| **Plaintiffs,** | ) ) |
| **vs.** | ) )   **CA 14-0418-CG-C** |
| **NATIONAL TRUST INSURANCE COMPANY, FCCI INSURANCE COMPANY, and FCCI INSURANCE GROUP,** | ) ) ) ) ) ) |
| **Defendants.** | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 17, 2014, is **ADOPTED** as the opinion of this Court.   Counts V and VI of plaintiffs' complaint are due to be and hereby are **DISMISSED.**   In addition, plaintiffs' are **ORDERED** to amend their complaint to take out Counts V and VI and, as well, eliminate all unnecessary references to punitive damages **on or before January 12, 2015**.   The defendants' answer to the amended complaint shall be filed **no later than January 26, 2015**.

**DONE and ORDERED** this 5th day of January, 2015.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE