IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **METROPOLITAN GLASS COMPANY, INC., AND QBE INSURANCE CORPORATION,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 14-0418-CG-C |
| **NATIONAL TRUST INSURANCE COMPANY, FCCI INSURANCE COMPANY, AND FCCI INSURANCE GROUP,** | ) ) ) ) ) | |
| **Defendants.** | ) | |

## ORDER

The parties having filed a Joint Stipulation of Dismissal (Doc. 43) on September 21, 2015, it is **ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE**.  Each party shall bear its own costs.

**DONE** and **ORDERED** this 21st day of September, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE